IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BIRDDOG SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV726 |
| | ) | |
| v. | ) | |
| | ) | |
| ATD-AMERICAN CO., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on the Joint Motion [12] of the parties to extend the meet and confer deadline from January 3, 2007 to February 2, 2007. The Court, being fully advised, finds that such Motion should be granted.

**IT IS ORDERED:**

1. The Joint Motion to Extend the Meet and Confer Deadline [12] is granted.

2. The deadline to file the parties' planning report is **February 2, 2007.**

DATED this 22nd day of December, 2006.

            BY THE COURT:


            S/ F. A. Gossett
            United States Magistrate Judge