IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BIRDDOG SOLUTIONS, INC., | ) | CASE NO. 8:06CV726 |
| Plaintiff, | ) | |
| V. | ) | ORDER |
| ATD-AMERICAN CO., | ) | |
| Defendant. | ) | |

The Plaintiff has filed a Motion for Order Enlarging Time (Filing No. 9),[1] in which it seeks an order extending the time in which to file its response to the Defendant's Motion to Dismiss (Filing No. 6). The Plaintiff seeks an additional ninety days, averring that it needs the extra time to conduct further discovery. The Plaintiff's motion did not state that the Defendant stipulates to the enlargement of time; however, the time for the Defendant to file a response has expired, and the Defendant has filed no opposition to the Plaintiff's motion. After review of the Plaintiff's motion and the statements contained therein, the Court finds that the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Order Enlarging Time (Filing No. 9) is granted;

2. The Plaintiff's response to the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Filing No. 6) shall be due on or before March 19, 2007.

3. The Plaintiff's Motion for Order Enlarging Time (Filing No. 10) is dismissed as moot.

DATED this 9th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1] Filing No. 10 contains the same motion, and will be dismissed as moot.