IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BIRDDOG SOLUTIONS, INC., | ) | CASE NO. 8:06-CV726 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ATD-AMERICAN CO., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Joint Motion of the parties to extend the meet and confer deadline an additional forty-five (45) days from February 2, 2007, to March 19, 2007. For good cause shown,

IT IS ORDERED that the meet and confer deadline is extended until March 19, 2007.

DATED February 2, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge