**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **BIRDDOG SOLUTIONS, INC.,** | ) | **CASE NO. 8:06CV726** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ATD-AMERICAN CO.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Defendant ATD-American Co. ("ATD") has moved for an extension of time (Filing No. 42) to submit its brief and any index of evidence in opposition to the Plaintiff's Motion for Summary Judgment, Partial (Filing No. 37).  ATD represents that the Plaintiff has no objection to the extension of time.  Accordingly,

IT IS ORDERED:

1.      The Defendant's Motion to Extend Brief Date (Filing No. 42) is granted; and

2.      The Defendant's brief and any index of evidence in opposition to Plaintiff's Motion for Summary Judgment, Partial (Filing No. 37) shall be filed on or before March 13, 2008.

DATED this 6th day of March, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge